**Order filed, September 17, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

NO. 01-15-00732-CV

**MARINA PRESLEY, Appellant**

**V.**

**N.V. MASUREEL VEREDELING, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case 2006-46323B**

---

### ORDER

The reporter's record in this case was due September 8, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Darlene Stein, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 20 days** of the date of this order.

/s/ Terry Jennings_____

Acting individually